The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DON'T CAGE OUR OCEANS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS, et al., <br><br> Defendants. | Case No. 2:22-CV-01627-BJR <br><br> ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF ADMINISTRATIVE RECORD FILING DEADLINE TO MAY 1, 2023 |

The matter arises under Unopposed Motion by Defendants United States Army Corps of Engineers, *et al*., to extend Defendants' deadline to file the administrative record to May 1, 2023 (Dkt. # 22). The Unopposed Motion (Dkt. # 22) is GRANTED.

Dated this 29th day of March, 2023

Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by: */s/ Jeffrey Hammons*
JEFFREY HAMMONS
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, DC 20044
(202) 598-6925
jeffrey.hammons@usdoj.gov

*Attorney for Defendants*