The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DON'T CAGE OUR OCEANS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS, et al., <br><br> Defendants. | Case No. 2:22-CV-01627-BJR <br><br> ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO LODGE ADMINISTRATIVE RECORD VIA USB DRIVE |

ORDER GRANTING UNOPPOSED MOTION FOR
LEAVE TO LODGE ADMINISTRATIVE RECORD
VIA USB DRIVE
Case No. 2:22-CV-01627-BJR

United States Department of Justice
P.O. Box 7611, Washington D.C. 20044
(202) 305-0641

The matter arises under Defendants' Unopposed Motion for Leave to Lodge Administrative Record via USB Drive. Dkt. # 26. The Unopposed Motion (Dkt. # 26) is GRANTED.

Dated this 28th day of April, 2023

Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:  */s/ Frederick H. Turner*

    Senior Trial Attorney
    U.S. Department of Justice
    Environment and Natural Resources Division
    Wildlife and Marine Resources Section
    Ben Franklin Station, P.O. Box 7611
    Washington, D.C. 20044-7611
    Phone: (202) 305-0641
    Fax: (202) 305-0275
    Email: frederick.turner@usdoj.gov

    *Attorney for Defendants*