The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DON'T CAGE OUR OCEANS, et al., | Case No. 2:22-CV-01627-BJR |
| Plaintiffs, | |
| v. | ORDER GRANTING UNOPPOSED MOTION FOR JUDICIAL NOTICE |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al., | |
| Defendants. | |

The matter arises under Defendants' Unopposed Motion for Judicial Notice. Dkt. # 31. The Unopposed Motion (Dkt. # 31) is GRANTED.

Dated this 15th day of May, 2023

Barbara Jacobs Rothstein
U.S. District Court Judge

---

ORDER GRANTING UNOPPOSED MOTION FOR JUDICIAL NOTICE
Case No. 2:22-CV-01627-BJR

1

United States Department of Justice
P.O. Box 7611, Washington D.C. 20044
(202) 598-0881

Presented by: */s/ Jeffrey Hammons*
JEFFREY HAMMONS
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, DC 20044
(202) 598-6925
jeffrey.hammons@usdoj.gov

*Attorney for Defendants*