UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DON'T CAGE OUR OCEANS, et al., | ) |
| | ) Case No. 2:22-CV-01627-KKE |
| Plaintiffs, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al., | ) |
| | ) |
| Defendants. | ) |

This matter comes before the Court on Defendants' unopposed motion for an extension of time to file a joint (or, if opposed, individual) proposed summary judgment briefing schedule. Dkt. No. 34. The Court finds good cause to extend this deadline and therefore GRANTS the motion (Dkt. No. 34) and ORDERS the parties to file a joint (or, if opposed, individual) proposed summary judgment briefing schedule no later than September 22, 2023.

DATED this 13th day of September, 2023.

Kymberly K. Evanson
United States District Judge

ORDER — 1