The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DON'T CAGE OUR OCEANS, et al., | ) |
| | ) Case No. 2:22-CV-01627-KKE |
| Plaintiffs, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al., | ) |
| | ) |
| Defendants. | ) |

Having considered the Parties' Joint Proposed Briefing Schedule, and for good cause shown, it is hereby

ORDERED that the proposed briefing schedule and modification of word limits (Dkt. No. 36) is GRANTED as follows:

| EVENT | DATE | WORD LIMIT |
|---|---|---|
| Plaintiff's Motion for Summary Judgment | Thursday, November 9, 2023 | 12,000 |
| Federal Defendants' Cross Motion for Summary Judgment and Response to Plaintiff's Motion for Summary Judgment | Thursday, February 1, 2024 | 12,000 |
| Plaintiff's Reply in Support of Plaintiff's Motion for Summary Judgment and Plaintiff's Responses to Federal Defendants' Cross Motion for Summary Judgment | Thursday, March 14, 2024 | 9,000 |
| Federal Defendants' Reply in Support of Federal Defendants' Cross Motion for Summary Judgment | Thursday, April 25, 2024 | 9,000 |

DATED this 22nd day of September, 2023.

Kymberly K. Evanson
United States District Judge

Presented by: */s/ Jeffrey Hammons*
JEFFREY HAMMONS
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044
(202) 598-6925 (Hammons)
jeffrey.hammons@usdoj.gov

*Attorney for Defendants*