The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DON'T CAGE OUR OCEANS, et al., | ) |
| | ) Case No. 2:22-CV-01627-KKE |
| Plaintiffs, | ) |
| | ) |
| v. | ) ORDER GRANTING UNOPPOSED |
| | ) MOTION TO EXTEND DEADLINES |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

Defendants' Unopposed Motion to Extend Deadlines is GRANTED.  Dkt. No. 58.

The future deadlines set in the Court's prior order (Dkt. No. 37) are vacated and the parties shall now comply with the following briefing schedule:

| EVENT | DATE |
| --- | --- |
| Federal Defendants' Cross Motion for Summary Judgment and Response to Plaintiff's Motion for Summary Judgment | Thursday, February 15, 2024 |
| Plaintiff's Reply in Support of Plaintiff's Motion for Summary Judgment and Plaintiff's Responses to Federal Defendants' Cross Motion for Summary Judgment | Thursday, March 28, 2024 |
| Federal Defendants' Reply in Support of Federal Defendants' Cross Motion for Summary Judgment | Thursday, May 9, 2024 |

The clerk is directed to RE-NOTE Plaintiffs' motion (Dkt. No. 44) for May 9, 2024.

DATED this 12th day of January, 2024.

*Kymberly K. Evanson* (signature)

Kymberly K. Evanson
United States District Judge

Presented by: */s/ Jeffrey Hammons*
JEFFREY HAMMONS
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044
(202) 598-6925 (Hammons)
jeffrey.hammons@usdoj.gov

*Attorney for Defendants*