The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DON'T CAGE OUR OCEANS, et al., | Case No. 2:22-CV-01627-KKE |
| Plaintiffs, | |
| v. | ORDER GRANTING JOINT MOTION TO SET A BRIEFING SCHEDULE |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al., | |
| Defendants. | |

[PROPOSED] ORDER GRANTING JOINT
MOTION TO SET A BRIEFING SCHEDULE

Having considered the parties' joint motion to set a briefing schedule, the Court GRANTS the motion (Dkt. No. 75) and ORDERS the parties to comply with the following schedule:

Each party may file a supplemental brief not exceeding 10 pages addressing the proper remedy in this case no later than December 13, 2024. Each party may then file a response brief not exceeding five pages no later than January 13, 2025.

DATED this 18th day of October, 2024.

Kymberly K. Evanson
United States District Judge