The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

DON'T CAGE OUR OCEANS, *et al.*,

   *Plaintiffs,*

     vs.

U.S. ARMY CORPS OF ENGINEERS, *et al.*,

   *Defendants.*

Case No. 2:22-cv-01627-KKE

**ORDER**

This matter comes before the Court upon the parties' Stipulated Motion to Stay Briefing on Plaintiffs' Motion for an Award on Fees and Expenses. Dkt. No. 91. Having read and considered the Motion before the Court, the Court finds that in light of the parties' joint request that the Court stay briefing Plaintiffs' Motion for fees and expenses, the Joint Stipulation is GRANTED.

Defendants' response to Plaintiffs' motion for fees is now due September 11, 2025. The Parties shall file a joint status report on or before September 2, 2025, detailing the prospects for agreement of proposing a schedule for further proceedings.

ORDER– 1

The clerk is directed to RE-NOTE Plaintiffs' motion for attorney's fees (Dkt. No. 89) for September 17, 2025.

Dated this 16th day of June, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER– 2