1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

DON'T CAGE OUR OCEANS, et al.,

CASE NO. C22-1627-KKE

9

Plaintiff(s),

v.

ORDER TO FILE JOINT STATUS REPORT
AND RE-NOTE MOTION

10

UNITED STATES ARMY CORPS OF
ENGINEERS, et al.,

11

12

Defendant(s).

13    The Court previously granted the parties' stipulated motion to stay briefing on Plaintiffs'

14    motion for an award of attorney's fees and expenses.  *See* Dkt. No. 92.  The parties now jointly

15    request an extension of that stay for approximately 60 days.  Dkt. No. 93.

16    The Court finds good cause to GRANT this request, ORDERS the parties to provide a joint

17    status report detailing the prospects for agreement or proposing a schedule for further proceedings

18    no later than November 3, 2025, and directs the clerk to RE-NOTE Plaintiffs' motion for fees and

19    expenses (Dkt. No. 89) for November 10, 2025.

20    Dated this 3rd day of September, 2025.

21

22

Kymberly K. Evanson
United States District Judge

23

24

ORDER TO FILE JOINT STATUS REPORT AND RE-NOTE MOTION - 1