UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DON'T CAGE OUR OCEANS, et al.,<br><br>                Plaintiff(s),<br>   v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, et al.,<br><br>                Defendant(s). | CASE NO. C22-1627-KKE<br><br>ORDER TO FILE JOINT STATUS REPORT AND RE-NOTE MOTION |

The Court previously granted the parties' stipulated motion to stay briefing on Plaintiffs' motion for an award of attorney's fees and expenses. *See* Dkt. No. 92. The parties then jointly request an extension of that stay for approximately 60 days, which was granted. Dkt. Nos. 93, 94. In a recent joint status report, the parties cited the lapse in appropriations to the Department of Justice as a reason to stay briefing again, for an additional 45 days beyond whenever appropriations are restored. Dkt. No. 95.

The Court finds good cause to grant this request and ORDERS the parties to provide a joint status report detailing the prospects for agreement or proposing a schedule for further proceedings no later than January 5, 2026, and directs the clerk to RE-NOTE Plaintiffs' motion for fees and expenses (Dkt. No. 89) for January 16, 2026. If the new joint status report deadline of January 5,

ORDER TO FILE JOINT STATUS REPORT AND RE-NOTE MOTION - 1

2026, does not provide at least 45 days after appropriations are restored, the Court will adjust the deadline.

Dated this 5th day of November, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER TO FILE JOINT STATUS REPORT AND RE-NOTE MOTION - 2