1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DON'T CAGE OUR OCEANS, et al.,

               Plaintiff(s),

    v.

UNITED STATES ARMY CORPS OF
ENGINEERS, et al.,

             Defendant(s).

CASE NO. C22-1627-KKE

ORDER TO FILE JOINT STATUS REPORT
AND RE-NOTE MOTION

      The Court previously granted the parties' stipulated motion to stay briefing on Plaintiffs'

motion for an award of attorney's fees and expenses.  *See* Dkt. No. 92.  The parties then jointly

request an extension of that stay for approximately 60 days, which was granted.  Dkt. Nos. 93, 94.

In a subsequent joint status report, the parties cited the lapse in appropriations to the Department

of Justice as a reason to stay briefing again, for an additional 45 days beyond whenever

appropriations are restored.  Dkt. No. 95.  The Court granted the joint request and ordered the

parties to file a joint status report no later than January 5, 2026.  Dkt. No. 96.

      The parties timely filed a joint status report, requesting that the Court extend the stay on

the briefing of Plaintiffs' motion for an award of fees and expenses another 45 days, to allow for

discussions and client and management review.  Dkt. No. 98.  Finding good cause for such an

extension, the Court ORDERS that no later than February 19, 2026, the parties shall file a joint status report detailing the prospects for agreement or proposing a schedule for further proceedings. The Court directs the clerk to RE-NOTE Plaintiffs' motion for fees and expenses (Dkt. No. 89) for March 6, 2026.

Dated this 6th day of January, 2026.

Kymberly K. Evanson
United States District Judge

ORDER TO FILE JOINT STATUS REPORT AND RE-NOTE MOTION - 2