UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DON'T CAGE OUR OCEANS, et al., | CASE NO. C22-1627-KKE |
| Plaintiff(s), | ORDER TO FILE JOINT STATUS REPORT AND RE-NOTE MOTION |
| v. | |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al., | |
| Defendant(s). | |

The Court previously granted the parties' stipulated motion to stay briefing on Plaintiffs' motion for an award of attorney's fees and expenses. *See* Dkt. No. 92. The parties then jointly request an extension of that stay for approximately 60 days, which was granted. Dkt. Nos. 93, 94. In a subsequent joint status report, the parties cited the lapse in appropriations to the Department of Justice as a reason to stay briefing again, for an additional 45 days beyond whenever appropriations are restored. Dkt. No. 95. The Court granted the joint request and ordered the parties to file a joint status report no later than January 5, 2026. Dkt. No. 96. The parties timely filed a joint status report, requesting that the Court extend the stay on the briefing of Plaintiffs' motion for an award of fees and expenses another 45 days, to allow for discussions and client and management review. Dkt. No. 98. Finding good cause for such an extension, the Court ordered

ORDER TO FILE JOINT STATUS REPORT AND RE-NOTE MOTION - 1

that no later than February 19, 2026, the parties must file a joint status report detailing the prospects for agreement or proposing a schedule for further proceedings. Dkt. No. 99.

The parties' timely joint status report indicates that a settlement has been reached in principle, but that Defendants need additional time to obtain final approval. Dkt. No. 100. The parties request an extension of the briefing stay and request that they be permitted to file another joint status report on or before April 6, 2026, at which point they will either request that the Court dismiss the fee petition as moot, or request a further extension or a schedule for further proceedings. *Id*.

The Court will grant the parties' request and ORDERS the parties to file a joint status report no later than April 6, 2026. No further extensions of the briefing stay should be expected. The Court directs the clerk to RE-NOTE Plaintiffs' motion for fees and expenses (Dkt. No. 89) for April 13, 2026.

Dated this 20th day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER TO FILE JOINT STATUS REPORT AND RE-NOTE MOTION - 2